FRANK M. PRINDLE, Appellant, v. SOCIETE ANONYME PARFUMERIE VIOLET,

Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.